

**September 18, 1985**

**(705 P2d 1161)**

In the Matter of the Compensation of Goss, David R., Claimant. Goss v. SAIF Corporation (A33192).
 Affirmed. *Elwood v. SAIF,* 298 Or 429, 693 P2d 641 (1985).
State v. Forseth, Ronald A., Jr. (A33445), 
 Affirmed. *State v. Westlund,* 75 Or App 43, 705 P2d 208 (1985).
State v. Houck, Joseph Manning (A33771).
 Affirmed. *State v. Smith,* 70 Or App 675, 691 P2d 484 (1984), *rev allowed* 298 Or 704 (1985).

**(705 P2d 1160)**

Shanklin, Deborah v. Hays (A34031).
 Reversed. *Wise v. Hays,* 74 Or App 245, 701 P2d 1054 (1985).
Weems, Walter v. Hays (A34019).
 Reversed. *Wise v. Hays,* 74 Or App 245, 701 P2d 1054 (1985).
State v. Gilley, Billy Frank, Jr. (A34631)(A34632)(A34633).
 Affirmed. *State v. Norris,* 40 Or App 505, 595 P2d 1261, *rev den* 287 Or 355 (1979).

**(705 P2d 1159)**

State v. Mills, Victor Alan (A34847).
 Affirmed. *State v. Smith,* 70 Or App 675, 691 P2d 484 (1984), *rev allowed* 298 Or 704 (1985).

**(705 P2d 1158)**

Pankow, Donald A. v. State of Oregon (A32949).
 Petition for reconsideration granted; former opinion withdrawn; reversed and remanded for new trial. *Stelts v. State of Oregon,* 299 Or 252, 701 P2d 1047 (1985).